UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUSSELL, | Case No. 07cv953 LAB (WMc) |
| Plaintiff, | **FIRST AMENDED NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| PERRY & SHAW, INC.; NRG CABRILLO POWER OPERATIONS, INC., and WILLIAM DYSON, | |
| Defendants. | |

Due to a conflict in the schedule of counsel for Plaintiff, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for **October 25, 2007** at **2:00** p.m. will be held ***TELEPHONICALLY***. On the day and at the time listed above, counsel for Plaintiff shall contact all opposing counsel and then initiate a joint call to the Court at (619) 557-6624. Only counsel need appear on the telephonic ENE conference call.

The parties are **required** to submit a short Early Neutral Evaluation Conference Statement about the case on a confidential basis no later than **seven (7) days** before the conference. ENE Statements may be lodged electronically with chamber's email

address at efile_mccurine@casd.uscourts.gov.

Rule 26 of the Federal Rules of Civil Procedure shall apply to this case. All discovery shall be stayed until after the Rule 26(f) conference, unless otherwise permitted by Rule 26(f) or court order.

The parties shall also be prepared to discuss the following matters during the teleconference:

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and

4. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Plaintiff's counsel shall give written notice of the telephonic Early Neutral Evaluation Conference to parties responding to the complaint after September 21, 2007.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-6624.

**IT IS SO ORDERED.**

Dated: September 21, 2007

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD