UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>PERRY & SHAW, INC.; NRG CABRILLO POWER OPERATIONS, INC., and WILLIAM DYSON,<br><br>    Defendants. | Case No. 07cv953 LAB (WMc)<br><br>**ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

    Due to the San Diego fires and subsequent Court closure, the telephonic Early Neutral Evaluation Conference scheduled for October 25, 2007 was not held. The Court will now hold an ***in-person*** Early Neutral Evaluation Conference in the chambers of the Honorable William McCurine, Jr., 940 Front St., Courtroom C, San Diego, CA 92101, on **November 19, 2007 at 9:30 a.m.** All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear **in person at the conference**.

    **IT IS SO ORDERED.**

Dated: October 29, 2007

                                            Hon. William McCurine, Jr.
                                            U.S. Magistrate Judge, U.S. District Court

COPY TO:
HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD